IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. ARMOUR,<br>c/o National Student Legal Defense Network<br>    Plaintiff<br>v.<br><br>ELIZABETH DEVOS, *in her official Capacity as Secretary of Education*<br>    Defendant | )<br>)<br>)<br>)<br>)  Case No. 19-cv-2556<br>)<br>)<br>)<br>) |

## UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF EDUCATION

## CERTIFICATION OF TRUE COPY

I, Brian Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the annexed documents (Numbered pp. 1- 25, Armour Administrative Record), are true copies of the Plaintiff Robert J. Armour's student loan records pertaining to the U.S. Department of Education's (Education) final agency decision dated May 9, 2019, maintained by Education in the regular course of business.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, and have caused the seal of the U.S. Department of Education to be affixed on this certification made on this 29th day of August, 2019.

*[signature: Brian Siegel]*

Brian Siegel, Assistant General Counsel (Acting)
Division of Postsecondary Education

## ARMOUR ADMINISTRATIVE RECORD

| | |
|---|---|
| p.1-2 | Education's Final Agency Decision dated May 9, 2019. |
| p.3 | April 10, 2019 Letter from FedLoan |
| p.4-18 | Closed School Loan Discharge Application |
| p.19-22 | NSLDS Robert J. Armour Records |
| p.23 | NSLDS Argosy closure record |
| p.24 | Argosy University Search by OPEID |
| p.25 | Deferment/Forbearance Calculator |