UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. ARMOUR, </br></br> Plaintiff, </br></br> v. </br></br> ELISABETH DEVOS, </br></br> Defendants. | Civil Action No. 19-2556-TJK |

**JOINT MOTION FOR REFERRAL TO MEDIATION**

Defendants, Elisabeth DeVos, U.S. Secretary of Education, and the U.S. Department of Education (the "Department"), and Plaintiff, Robert J. Armour, respectfully ask the Court to refer the parties to mediation and to stay the case for 60 days. Counsel for Plaintiff indicated via email that Plaintiff joins this motion.

In this case, Plaintiff's Complaint asserts that the Department wrongfully denied his application for discharge of his student loans, pursuant to the Higher Education Act and its regulatory provisions applicable to school closings. Defendant's position is that because the statutory provision at issue prevented the Department from granting the loan discharge, Plaintiff's claims fail as a matter of law. Now pending before the Court is Defendants' fully briefed motion to dismiss (ECF Nos. 5, 9, 10, 11).

The parties believe it worthwhile to explore alternative means of resolving this dispute and request a referral to the Court's Mediation Program, and a 60-day stay of the Court's consideration of the pending motion to dismiss. The parties further propose to file a joint status report after 60 days of the referral, in the event the case has not been dismissed by then.

| | |
|---|---|
| Dated: January 6, 2020 | Respectfully submitted, |
| /s/ *Alex Elson* | JESSIE K. LIU, D.C. Bar #472845 |
| ALEX ELSON, D.C. Bar # 1602459 | United States Attorney for the District of Columbia |
| National Student Legal Defense Network | |
| 1015 15th Street, NW, Suite 600 | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Washington, DC 20005 | Assistant United States Attorney |
| (202) 734-7459 | |
| alex@defendstudents.org | /s/ *Alan Burch* |
| | ALAN BURCH, D.C. Bar #470655 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | United States Attorney's Office, Civil Division |
| | 555 Fourth St., NW |
| | Washington, DC 20530 |
| | (202) 252-2550, alan.burch@usdoj.gov |
| | |
| | *Counsel for Defendant* |