IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. ARMOUR,<br><br>      *Plaintiff*,<br><br>  v.<br><br>ELISABETH DEVOS, *in her official capacity as Secretary of Education*, et al.,<br><br>      *Defendants*. | Case No. 19-cv-2556-TJK |

## **SUGGESSTION OF DEATH AND UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY**

  Laura Armour, executor of the estate of Robert J. Armour, plaintiff in this action, files this Suggestion of Death and Motion to Substitute pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

  Plaintiff Robert. J. Armour passed away on October 5, 2020 as a result of the cancer that caused him to take the leave of absence that is at the heart of this dispute. His Death Certificate is attached as Exhibit A. Pursuant to his will, his wife, Laura Armour, has been appointed the executor of his estate.

  Pursuant to Rule 25(a), Ms. Armour requests that "Laura Armour, Executor of the Estate of Robert. J. Armour, Deceased" be substituted in place of "Robert J. Armour" as plaintiff in this action, so that decedent's claims survive, and the action on his behalf may proceed.

  Undersigned counsel has conferred with counsel for Defendants, and Defendants do not oppose this motion.

                          Respectfully Submitted,

*/s/ Alexander S. Elson*

ALEXANDER S. ELSON
D.C. Bar No. 1602459

ERIC ROTHSCHILD
D.C. Bar No. 1048877

National Student Legal Defense Network
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
alex@defendstudents.org
eric@defendstudents.org
(202) 734-7495

*Counsel for Plaintiff*

Dated: October 22, 2020