**CERTIFICATION OF DEATH RECORD**

# CITY OF ROCHELLE
## ROCHELLE, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER   2020 0091891                                    DATE ISSUED   10/9/2020

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | ROBERT JAMES ARMOUR |
| SEX | MALE |
| DATE OF DEATH | OCTOBER 05, 2020 |
| COUNTY OF DEATH | OGLE |
| AGE AT LAST BIRTHDAY | 55 YEARS |
| DATE OF BIRTH | JULY 12, 1965 |
| CITY OR TOWN | POLO |
| HOSPITAL OR OTHER INSTITUTION NAME | 505 SOUTH MAPLE AVENUE |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | WINFIELD, IL |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | LAURA A STONE |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 505 SOUTH MAPLE AVENUE |
| APT. NO. | |
| CITY OR TOWN | POLO |
| INSIDE CITY LIMITS? | YES |
| COUNTY | OGLE |
| STATE | IL |
| ZIP CODE | 61064 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ROBBIE L ARMOUR |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MARCIA MADDUX |
| INFORMANT'S NAME | LAURA A ARMOUR |
| RELATIONSHIP | WIFE |
| MAILING ADDRESS | 505 SOUTH MAPLE AVENUE, POLO, IL, 61064 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | FINCH CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | MT MORRIS, IL |
| DATE OF DISPOSITION | OCTOBER 06, 2020 |
| FUNERAL HOME | STATELINE CREMATIONS, 712 WINDSOR ROAD, LOVES PARK, IL, 61111 |
| FUNERAL DIRECTOR'S NAME | CYNTHIA JEAN BAKERKING |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015844 |
| LOCAL REGISTRAR'S NAME | SUSAN L MESSER |
| DATE FILED WITH LOCAL REGISTRAR | OCTOBER 7, 2020 |

**CAUSE OF DEATH**

PART I.
- a. IMMEDIATE CAUSE (Final disease or condition resulting in death): LIVER FAILURE — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN MONTHS
- b. Due to (or as a consequence of): ADENOCARCINOMA OF THE COLON WITH METASTASIS — 4 YEARS
- c. Due to (or as a consequence of):
- Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
ACUTE RENAL FAILURE; PERITONITIS HISTORY

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A

FEMALE PREGNANCY STATUS: NOT APPLICABLE
MANNER OF DEATH: NATURAL

DATE OF INJURY: 
TIME OF INJURY:
PLACE OF INJURY:
INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

ATTEND THE DECEASED? YES
DATE LAST SEEN ALIVE: OCTOBER 01, 2020
WAS MEDICAL EXAMINER OR CORONER CONTACTED? YES
DATE PRONOUNCED:
TIME OF DEATH: 05:55 AM
CERTIFIER: PHYSICIAN
DATE CERTIFIED: OCTOBER 05, 2020

NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: ALPHEUS APPENHEIMER MD, 1658 SOUTH ILLINOIS ROUTE 2, OREGON, ILLINOIS, 61061
PHYSICIAN'S LICENSE NUMBER: 036058868

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Susan L. Messer*
Susan L. Messer
Rochelle City Clerk and Local Registrar

Exh. A - Armour v. DeVos
Mot. to Substitute

18-415 IOS