UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA ARMOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>PHIL ROSENFELT, Acting Secretary of the Department of Education, et al.,<br><br>    Defendants. | Civil Action No. 19-2556 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's January 7, 2021, Minute Order, Plaintiff and Defendants, by and through undersigned counsel, report as follows.

In the previous Joint Status Report (ECF No. 18), the parties sought time to discuss whether it is possible to resolve this matter without the need for further litigation. The parties now report that they have made significant progress in those discussions. To allow for completion of a formal resolution of the litigation, the parties respectfully request that they file a Joint Status Report in one month, or by March 8, 2021, with a report on the status of those efforts unless they file a joint stipulation of dismissal before that date.

Dated: February 5, 2021                                        Respectfully submitted,

*/s/ Alexander S. Elson*                                       MICHAEL R. SHERWIN
Alexander S. Elson (D.C. Bar No. 1602459)                      Acting United States Attorney
NATIONAL STUDENT LEGAL DEFENSE
NETWORK                                                        BRIAN P. HUDAK
1015 15th Street NW, Suite 600                                 Acting Chief, Civil Division
Washington, DC 20005
Telephone: 202-734-7496                                        By:   */s/ Sean M. Tepe*
E-mail: alex@nsldn.org                                         SEAN M. TEPE,
                                                               D.C. Bar #1001323
*Counsel for Plaintiff*                                        Assistant United States Attorney
                                                               555 4th Street, N.W.
                                                               Washington, District of Columbia 20530
                                                               Telephone: 202-252-2533
                                                               Email: sean.tepe@usdoj.gov

                                                               *Counsel for Defendants*

2